**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

v.

CRISTAL CABALLERO,

Defendant.

Case # 1:25-cr-00638-1

Magistrate Judge McShain

**ORDER**

Initial appearance held on 10/06/2025. Defendant appeared in response to arrest in this District on 10/04/2025. The Court found Defendant was unable to afford counsel. Enter order appointing Piyush Chandra of the Federal Defender Program as counsel for Defendant. Defendant informed of the charge against her in the criminal complaint and the possible sentence/fine if convicted of the charge. The Government and Defendant agree on certain conditions of release. Defendant released on a $2,000 appearance bond with conditions. Enter Order Setting Conditions of Release. In-person preliminary examination hearing is set before Magistrate Judge McShain on 10/10/2025 at 2:00 p.m. in Courtroom 1025. Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order.

IA: 20

Heather K. McShain

**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: October 6, 2025**