**IN THE UNITED STATES DISTRICT COURT**
**NOTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America,<br>Plaintiff, | ) | Case No.: 1:25-cr-00638-1 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge McShain |
| Cristal Caballero,<br>Defendant. | ) | |
| | ) | |

**ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)**

Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

Heather K. McShain

HEATHER K. McSHAIN
United States Magistrate Judge

DATE: October 6, 2025