# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                           Case No.: 1:25−cr−00638
                                              Honorable Heather K. McShain

Cristal Caballero
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 10, 2025:

      MINUTE entry before the Honorable Heather K. McShain: In response to the parties' email communicated to Chambers on 10/10/2025, preliminary examination set for 10/10/2025 is reset to 10/27/2025 at 1:00 p.m. in Courtroom 1025. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.