# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00638
Honorable Heather K. McShain

Cristal Caballero

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 16, 2025:

MINUTE entry before the Honorable Heather K. McShain: Telephonic motion hearing held on 10/16/2025. Defendant's appearance is waived. Pretrial Services' Request to Modify Order Setting Conditions of Release [10] is granted for the reasons stated on the record. Order Setting Conditions of Release [6] is modified to include: submit to supervision by and report for supervision to Pretrial Services; participate in psychiatric/mental health treatment as deemed appropriate by Pretrial Services; surrender FOID card, in compliance with Illinois state law, to Pretrial Services or law enforcement within two business days; and, Defendant's permission to travel to Japan/South Korea in October 2025, and Brazil in November and December 2025, is suspended pending consultation with a mental health treatment provider and with the approval of Pretrial Services. The Court notes that Pretrial Services confirmed on the record that it is in receipt of the Defendant's FOID card. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.