UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTAL CABALLERO | No. 25 CR 638<br><br>Chief Judge<br>Virginia M. Kendall |

**GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
PURSUANT TO 18 U.S.C. § 3161(h)**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), for a 30-day extension of time, to and including December 3, 2025, in which to seek the return of an indictment or to file an information in this case. In support of this unopposed motion, the government states as follows:

1. On October 6, 2025, defendant Cristal Caballero was charged by complaint with assaulting, resisting, or impeding a federal officer, in violation of Title 18, United States Code, Section 111(a)(1).

2. Defendant was arrested on October 4, 2025, and had her initial appearance before Magistrate Judge Heather K. McShain on October 6, 2025.

3. Defendant was released pursuant to certain conditions of release. Defendant requested a preliminary examination, which has since been continued to November 19, 2025, at defendant's request.

1

4.  The thirtieth day following defendant's arrest, and therefore the date by which an indictment must be returned or an information must be filed, is November 3, 2025.

5.  Counsel for defendant indicated that defendant does not oppose the government's motion.

6.  For the reasons outlined in the sealed attachment, the government hereby seeks a 30-day extension in which to seek the return of an indictment or file an information against defendant, to and including December 3, 2025.

WHEREFORE, the United States respectfully requests a 30-day extension of time to and including December 3, 2025, in which to seek the return of an indictment or to file an information in this case.

Dated: October 28, 2025

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Richard M. Rothblatt*
RICHARD M. ROTHBLATT
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4558