UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTAL CABALLERO | No. 25 CR 638<br><br>Chief Judge<br>Virginia M. Kendall |

**ORDER**

The government's second unopposed motion, under Title 18, United States Code, Section 3161(h)(7)(A), for an extension of time in which to seek the return of an indictment or to file an information in this case in the above-captioned case [20], is granted.

IT IS HEREBY ORDERED that the time within which to file an indictment or information against defendant be extended to and including January 2, 2026.

Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated in the government's sealed attachment.

ENTERED:

_____
VIRGINIA M. KENDALL
Chief Judge

DATED: 12/3/2025

1