UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 25 CR 638 |
| v. ) | |
| ) | Magistrate Judge Heather K. McShain |
| CRISTAL CABELLERO ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, December 22, 2025, at 1:00 p.m., or as soon thereafter as counsel shall be heard, I will appear before the Honorable Heather K. McShain in Courtroom 1025 in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois to present Government's Motion to Dismiss Complaint, which has been filed with the Clerk of the United States District Court for the Northern District of Illinois.

DATE: December 18, 2025  Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/ Richard M. Rothblatt*
Richard M. Rothblatt
Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 353-5300