# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:25−cr−00638
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Heather K. McShain

　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2025:

　　　　MINUTE entry before the Honorable Heather K. McShain: Government's motion to dismiss complaint [25] is granted. The complaint is dismissed. Preliminary examination set for 12/22/2025 [24] and notice of motion [26] are stricken. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.