UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CRISTAL CABALLERO | Case No. 25 CR 638 |
| UNITED STATES OF AMERICA<br><br>v.<br><br>NATHAN GRIFFIN | Case No. 25 CR 694 |

**OMNIBUS RESPONSE TO CHICAGO PUBLIC MEDIA, INC.'S MOTION FOR LEAVETO INTERVENE AND FOR IMMIDIATE ACCESS TO SEALED FILINGS**

Now comes the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and in response to Chicago Public Media, Inc.'s Motions for Leave to Intervene and for Immediate Access to Sealed Filings ("Motions") filed in the above-captioned cases, respectfully states as follows.

On August 28, 2026, Chicago Public Media filed its Motions in *United States v. Sheridan*, 25 CR 634; *United States v. Caballero*, 25 CR 638; and *United States v. Griffin*, 25 CR 694. The Motions sought, in each case (1) leave for Chicago Public Media to intervene, and (2) access to materials filed under seal, with specific reference to the sealed exhibits in support of motions for extension of time under the Speedy

Trial Act to return an indictment filed by the government (the "Extension Motion Exhibits").

The Motions were set for presentment on September 3, 2026. The government appeared at the presentment hearing and took no position on Chicago Public Media's request to intervene in the cases. The government also took no position on Chicago Public Media's request to access the sealed Extension Motion Exhibits, other than to request that if the exhibits were ordered unsealed, the government be permitted to redact the names of witnesses and victims.

At the conclusion of the September 3 hearing, the government understood the Court to have granted the Motions with respect to the Extension Motion Exhibits and to have authorized the government to publicly file those exhibits with witness and victim names redacted. Relying in good faith on that understanding, the government filed the redacted Extension Motion Exhibit in *Sheridan* later that afternoon. Case No. 25 CR 634 at dkt. 29.

The evening of September 3, 2026, minute orders were entered in all three cases stating that the Motions were granted "with the limitations discussed in court." Case No. 25 CR 634 at dkt. 30; Case No. 25 CR 638 at dkt. 33; Case No. 25 CR 694 at dkt. 27. The government understood those limitations to include that the Extension Motion Exhibits were to be unsealed subject to redaction of witness and victim names. Following entry of these orders, the government filed the redacted Extension Motion Exhibit in *Griffin*. Case No. 25 CR 694 at dkt. 28.

On September 4, 2026, minute orders were entered in the *Caballero* and *Griffin* cases directing the government to provide its position on Chicago Public Media's Motions by September 11, 2026.[1] Case No. 25 CR 638 at dkt. 34; Case No. 25 CR 694 at dkt. 29. As noted above, the government believed it was permitted to file the redacted copies of the Extension Motion Exhibits in *Sheridan* and *Griffin* when it did so prior to the entry of this order. The government has not publicly filed the Extension Motion Exhibit in the *Caballero* case.

The government continues to take no position on Chicago Public Media's request for access to the Extension Motion Exhibits. The government respectfully requests, however, that to the extent access is permitted, the names of witnesses and victims be redacted to protect those individuals.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: /s/ *Jeffrey S. Snell*

JEFFREY S. SNELL
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 469-6308

Dated: September 11, 2026

---

[1] In *Sheridan*, the Court's order on September 4, 2026, directed the government to send the Extension Motion Exhibit with proposed redactions to the Court for *in camera* review by September 11, 2026. Case No. 25 CR 634 at dkt. 31.